# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANTOINE GORUM, a.k.a. RONALD CLARK,

    Plaintiff,

vs.

JAMES G. COX, et al.,

    Defendants.

Case No. 2:13-cv-01412-KJD-GWF

**ORDER**

    Plaintiff has filed another motion for temporary restraining order (#12). He repeats the allegations that he made in his earlier motion for a temporary restraining order (#4). The court found that extraordinary relief was not warranted. Order (#4). The court sees no reason why it should depart from its earlier ruling.

    IT IS THEREFORE ORDERED that plaintiff's motion for temporary restraining order (#12) is **DENIED**.

    DATED: August 20, 2013

                                                       KENT J. DAWSON
                                                       United States District Judge