1
2
3
4
5
6
# UNITED STATES DISTRICT COURT
7
## DISTRICT OF NEVADA
8
9  ANTOINE GORUM, a.k.a. RONALD CLARK,
10             Plaintiff,                          Case No. 2:13-cv-01412-KJD-GWF
11  vs.                                            **ORDER**
12  JAMES G. COX, et al.,
13             Defendants.
14

15       Plaintiff has submitted a motion for a temporary restraining order (#30), in which he
16  complains about being placed into administrative segregation.  Plaintiff also has submitted a notice
17  of a change in his address (#31), in which he notes that he no longer is in administrative segregation.
18  The motion for a temporary restraining order is moot.
19       IT IS THEREFORE ORDERED that plaintiff's motion for a temporary restraining order
20  (#30) is **DENIED** as moot.
21       DATED: July 1, 2014
22
23
24  _____
    KENT J. DAWSON
    United States District Judge
25
26
27
28