# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANTOINE GORUM, a.k.a. RONALD CLARK, )
)
         Plaintiff, )   Case No.  2:13-cv-01412-KJD-GWF
)
vs. )   **ORDER**
)
JAMES G. COX, et al., )   Motion to Proceed with Complaint
)   (#33) and Motion to Review
         Defendant. )   Information (#34)

      This matter comes before the Court on Plaintiff's Motion to Proceed with Complaint (#33), filed on July 7, 2014.  Plaintiff similarly brought a Motion to Review Information (#34), filed on July 8, 2014.

      On August 8, 2013, Plaintiff filed his Application to Proceed *in Forma Pauperis* (#2) and attached his Complaint (#2-1) pursuant to 28 U.S.C. § 1915(e).  On December 26, 2013, the Court deferred ruling on Plaintiff's Application to Proceed *in Forma Pauperis* (#2) and dismissed Plaintiff's complaint without prejudice for failing to comply with Rule 8 of the Federal Rules of Civil Procedure.  *See Dkt. #21*.  The Court gave Plaintiff thirty days to file an amended complaint curing the deficiencies in his initial complaint.  *Id*.  Plaintiff filed an Amended Complaint (#23) on January 21, 2014 and filed a Second Amended Complaint (#24) on January 24, 2014.  Plaintiff brings the present motions to proceed with complaint (#33), moving this Court for an Order permitting him to serve the Defendants and proceed with his action.  Plaintiff also brings a motion to review information (#34), moving this Court to review information concerning Plaintiff's grievances.

...

Upon granting a request to proceed *in forma pauperis*, a court must additionally screen a complaint pursuant to 28 U.S.C. § 1915(e).  The Court is in the process of screening Plaintiff's Second Amended Complaint.  Once the Second Amended Complaint has been screened, the Court will either authorize the Plaintiff to proceed with this action or it will dismiss the complaint with further instructions to the Plaintiff.  Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Proceed with Complaint (#33) is **granted** in part and **denied,** without prejudice, in part**.**  Plaintiff's motion (#33) is **granted** to the extent that the Court is currently screening Plaintiff's Second Amended Complaint pursuant to 28 U.S.C. § 1915(e).  Plaintiff's motion is denied, without prejudice, to the extent that the Court cannot permit him to proceed with his claim until the screening has been completed.  Therefore his request to serve the Defendants is premature.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Review Information (#34) is **granted**, to the extent that the Court is currently screening Plaintiff's Second Amended Complaint.

DATED this 9th day of July, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge