# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ANTOINE GORUM, a.k.a. RONALD CLARK,

    Plaintiff,

vs.

JAMES G. COX, et al.,

    Defendants.

Case No. 2:13-cv-01412-KJD-GWF

**ORDER**

    Plaintiff has submitted a second amended complaint (#24), but plaintiff did not sign it. Rule 11 of the Federal Rules of Civil Procedure requires plaintiff to sign every document that he submits to the court.

    Plaintiff also has submitted a motion for a temporary restraining order (#38). He alleges that a cellmate had threatened him. He also alleges that prison officials have moved that person to another cell, thus mooting the motion.

    IT IS THEREFORE ORDERED that the clerk of the court shall send a copy of the second amended complaint (#24) to plaintiff. Plaintiff shall have thirty (30) days from the date on which this order is entered to re-submit the amended complaint with his signature. Failure to comply will result in the dismissal of this action.

///

///

///

///

-2-

1  IT IS FURTHER ORDERED that the motion for a temporary restraining order (#38) is
2  **DENIED**.
3  DATED: July 28, 2014

_____
KENT J. DAWSON
United States District Judge