# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANTOINE GORUM, a.k.a. RONALD CLARK,

    Plaintiff,

vs.

JAMES G. COX, et al.,

    Defendants.

Case No. 2:13-cv-01412-KJD-GWF

**ORDER**

    Plaintiff, who is in the custody of the Nevada Department of Corrections, has submitted a second amended civil rights complaint pursuant to 42 U.S.C. § 1983 (#41) and an application to proceed in forma pauperis (#2). The court finds that plaintiff is unable to prepay the full filing fee in this matter, but plaintiff will need to pay the filing fee through monthly installments.

    Plaintiff has filed a motion to correct an error in the screening order (#55). In dismissing count I, count III, and part of count II, the court had stated that plaintiff was involved in a fight, was found guilty in prison disciplinary proceedings, and lost credits toward an earlier release from prison. Order (#53), at 2. Petitioner is correct that the statement about prison disciplinary proceedings was an error. However, his motion is moot. Plaintiff still lost credits toward an earlier release, and thus he could not proceed with those counts in this action unless and until he had the credits restored through other means. Furthermore, counsel for respondents has access to plaintiff's prison disciplinary records and would know the truth, regardless of any errors in this court's order.

    IT IS THEREFORE ORDERED that plaintiff's motion to amend or correct (#55) is **DENIED**.

IT IS FURTHER ORDERED that:

1. Plaintiff's application to proceed in forma pauperis (#2) is **GRANTED**. Plaintiff shall not be required to pay an initial installment of the filing fee. If this action is dismissed, the full filing fee must still be paid pursuant to 28 U.S.C. § 1915(b)(2).

2. The movant herein is permitted to maintain this action to conclusion without the necessity of prepayment of any additional fees or costs or the giving of security therefor. This order granting leave to proceed in forma pauperis shall not extend to the issuance of subpoenas at government expense.

3. Pursuant to 28 U.S.C. § 1915(b)(2), the Nevada Department of Corrections shall pay to the clerk of the United States District Court, District of Nevada, 20% of the preceding month's deposits to plaintiff's account (inmate #65115), in the months that the account exceeds $10.00, until the full $350.00 filing fee has been paid for this action. The clerk of the court shall send a copy of this order to the finance division of the clerk's office. The clerk shall also send a copy of this order to the attention of the Chief of Inmate Services for the Nevada Department of Corrections, P.O. Box 7011, Carson City, NV 89702.

4. The clerk shall electronically serve a copy of this order, a copy of the court's screening order (#53) and a copy of plaintiff's second amended complaint (#41) on the Office of the Attorney General of the State of Nevada, attention Kat Howe.

5. Subject to the findings of the screening order (#53), within **twenty-one (21) days** of the date of entry of this order, the Attorney General's Office shall file a notice advising the court and plaintiff of: (a) the names of the defendants for whom it accepts service; (b) the names of the defendants for whom it does not accept service, and (c) the names of the defendants for whom it is filing last-known-address information under seal. As to any of the named defendants for which the Attorney General's Office cannot accept service, the Office shall file, under seal, the last known address(es) of those defendant(s) for whom it has such information.

6. If service cannot be accepted for any of the named defendant(s), plaintiff shall file a motion identifying the unserved defendant(s), requesting issuance of a summons, and specifying a full name and address for the defendant(s). For the defendant(s) as to which the Attorney General has not provided last-known-address information, plaintiff shall provide the full name and address for the defendant(s).

7. If the Attorney General accepts service of process for any named defendant(s), such defendant(s) shall file and serve an answer or other response to the complaint within sixty (60) days from the date of this order.

8. Henceforth, plaintiff shall serve upon defendant(s) or, if an appearance has been entered by counsel, upon their attorney(s), a copy of every pleading, motion or other document submitted for consideration by the court. Plaintiff shall include with the original paper submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the defendants or counsel for the defendants. If counsel has entered a notice of appearance, the plaintiff shall direct service to the individual attorney named in the notice of appearance, at the address stated therein. The court may disregard any paper received by a district judge or magistrate judge which has not been filed with the Clerk, and any paper received by a district judge, magistrate judge, or the Clerk which fails to include a certificate showing proper service.

IT IS SO ORDERED.

DATED: January 15, 2015

_____
KENT J. DAWSON
United States District Judge