# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANTOINE GORUM, a.k.a. RONALD CLARK, )
                                    )
        Plaintiff,                 )  Case No.  2:13-cv-01412-KJD-GWF
                                    )
vs.                                 )  **ORDER**
                                    )
JAMES G. COX, *et al.*,             )
                                    )
        Defendants.                )

      This matter is before the Court on the Plaintiff's Motion for Scheduling Order (#71), filed on March 18, 2015.

      Plaintiff requests the Court issue a scheduling order because the Defendant has been served, is represented by counsel, the screening order has issued, the settlement period has expired, and discovery should begin.  However, the Court granted an extension of time for the Defendants to respond to the Complaint (#72), in part because the Plaintiff filed a Motion to Amend the Complaint (#62).  Until the Defendants file a response to the Complaint, this motion is premature.  Accordingly,

      **IT IS HEREBY ORDERED** that the Plaintiff's Motion for a Scheduling Order (#71) is hereby **denied** without prejudice.  The Court will issue the scheduling order at the appropriate time.

      **DATED** this 20th day of March, 2015.

                                                   GEORGE FOLEY, JR.
                                                   United States Magistrate Judge