# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTOINE GORUM, a.k.a. RONALD CLARK, | |
| Plaintiff, | Case No. 2:13-cv-01412-KJD-GWF |
| vs. | **ORDER** |
| JAMES G. COX, *et al.*, | |
| Defendants. | |

This matter is before the Court on Plaintiff's Motion to Send Defendant a Copy of This Motion (#84), filed on October 15, 2015.

Plaintiff represents that he is unable to receive copies because he has exceeded his limit with the prison. Plaintiff represents that he has continually asked the Courts for copies of his own documents because he cannot print them himself. Plaintiff has sufficiently established good cause for granting an extension of his copywork limit. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's copywork limit shall be extended by $50.00.

**DATED** this 19th day of October, 2015.

_George Foley Jr._
GEORGE FOLEY, JR.
United States Magistrate Judge