# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTOINE GORUM, A.K.A. RONALD CLARK,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES G. COX, *et al*.,<br><br>    Defendants. | Case No. 2:13-CV-01412-KJD-GWF<br><br>**ORDER** |

    Plaintiff filed this action pursuant to 42 U.S.C. § 1983. On October 5, 2015, Magistrate Judge George W. Foley issued an Order and Report and Recommendation (#82) recommending that Plaintiff's Motion for Default Judgment (#77) be denied. Plaintiff filed a document that the Court will liberally construe as objections (#85/86) to the report and recommendation to which Defendants replied (#89).

    The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court finds that the Order and Report of and Recommendation (#82) of the United States Magistrate Judge entered October 5, 2015, should be adopted and affirmed. The motion for default judgment is denied. Furthermore, the duplicative motion for default judgment (#86) is denied.

It does appear that there may be confusion in the numbering or filing of the amended complaints by Defendant and in the Court's orders regarding the various amended complaints. If the document filed at Docket No. 61 was intended by Plaintiff to be his final amended complaint as requested by his motion to amend at Docket No. 62, which motion to amend was granted by the Court, he is to refile it within thirty (30) days of the entry of this order and clearly label it "Third Amended Complaint." If it is not so intended, then Plaintiff is in violation of the orders of the Court to file his Third Amended Complaint and he may face sanction, such as dismissal of his action entirely. No further amended complaints, other than the one just sanctioned and previously approved by the order at Docket No. 74 will be entertained.

Accordingly, **IT IS HEREBY ORDERED** that the Order and Report and Recommendation (#82) of the United States Magistrate Judge entered October 5, 2015, are **ADOPTED** and **AFFIRMED**;

**IT IS FURTHER ORDERED** that Plaintiff's Motions for Default Judgment (#77/86) are **DENIED**.

DATED this 16th day of May 2016.

_____
Kent J. Dawson
United States District Judge