# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RONALD CLARK, AKA ANTOINE GORUM,

    Plaintiff,

v.

JAMES G. COX, *et al.*,

    Defendants.

Case No. 2:13-CV-01412-KJD-GWF

**ORDER**

    Presently before the Court is Plaintiff's Motion to Dismiss this Case with No Sanction to Plaintiff (#94). Defendants filed a response (#95). Having read and considered Plaintiff's motion and good cause having been found, Plaintiff's action is dismissed without prejudice in accordance with Federal Rule of Civil Procedure 41(a)(2).

    DATED this 5th day of August 2016.

_____
Kent J. Dawson
United States District Judge